JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
388 Market Street, Suite 500
San Francisco, California 94111
Phone: (415) 409-8600
Facsimile: (415) 409-0600

Attorneys for Plaintiff, STEVEN T. KIRSCH

**FILED**

AUG 3 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVEN T. KIRSCH,

   Plaintiff,

vs.

JAVIER A. CUADRA;
JAVIER A. CUADRA dba CAMELOT PROMOTIONS;
CAMELOT PROMOTIONS, LLC; and,
DOES 1 through 20, inclusive,

   Defendants.

Case No.: C 05-03010 MJJ

STIPULATION AND ORDER CONTINUING MOTION TO DISMISS AND ESTABLISHING BRIEFING SCHEDULE

The parties to this action, by and through their respective counsel, hereby stipulate, agree and request that the Motion to Dismiss, set by the Court on September 20, 2005, be continued to October 18, 2005, without waiving any of the grounds stated in the motion. The parties further stipulate, agree, and request that the Opposition brief be served and filed by no later than September 6, 2005 and that the Reply brief be served and filed by no later than September 13, 2005. "Good cause" for the requests for the continuance of the hearing date and for the briefing schedule request is set forth in the Declaration of Jeffrey A. Snyder and in the Declaration of John C. Brown, attached hereto and served herewith.

STIPULATION AND ORDER CONTINUING MOTION TO DISMISS AND ESTABLISHING BRIEFING SCHEDULE ;
C05-03010 MJJ

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: 8/23/05 | REDENBACHER & BROWN, LLP |
| 3 | | By \s\ |
| 4 | | JOHN C. BROWN<br>Attorneys for Plaintiff |
| 5 | | STEVEN T. KIRSCH |
| 6 | Date: 8/23/05 | THOITS, LOVE, HERSHBERGER & McLEAN |
| 7 | | |
| 8 | | By \s\ |
| 9 | | JEFFREY A. SNYDER<br>Attorneys for Defendant |
| 10 | | JEREMY ROSS |

**IT IS SO ORDERED:**

Dated: 8/30/2005

*[signature]*
THE HON. MARTIN J. JENKINS