IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. KIRSCH,<br><br>        Plaintiff,<br><br>v.<br><br>JAVIER A. CUADRA,<br><br>        Defendant. | No. C05-03010 MJJ<br><br>**ORDER REOPENING CASE**<br>**and**<br>**VACATING JUDGMENT** |

On October 20, 2005, in the above entitled case, a judgment was inadvertently entered and the case was closed. Due to clerical error, this case is **reopened** and the judgment entered on October 20, 2005, is **vacated.**

**IT IS SO ORDERED.**

Dated:    11/1/2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE