IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. KIRSCH,<br><br>    Plaintiff,<br><br>  v.<br><br>JAVIER A. CUADRA,<br><br>    Defendant.<br>_____/ | No. C05-03010 MJJ<br><br>**ORDER REOPENING CASE<br>and<br>VACATING JUDGMENT** |

On October 20, 2005, in the above entitled case, a judgment was inadvertently entered and the case was closed.  Due to clerical error, this case is **reopened** and the judgment entered on October 20, 2005, is **vacated.**

**IT IS SO ORDERED.**

Dated:     11/1/2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE