IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN T. KIRSCH,                                                     No. C 05-03010 MJJ

        Plaintiff,

  v.

JAVIER A. CUADRA, *et al.*,

        Defendants.
_____/

On October 20, 2005, the Court granted Defendant Jerry Ross's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. #34). The two remaining defendants, Javier Cuadra and Camelot Promotions, LLC, did not appear or otherwise defend in this action. Prior to removal, Plaintiff obtained default against Cuadra and Camelot Promotions in San Francisco Superior Court. Plaintiff, however, did not obtain default judgment against them. Accordingly, the Court **REMANDS** this matter to San Francisco Superior Court for further proceedings against Defendants Cuadra and Camelot Promotions.

**IT IS SO ORDERED.**

Dated:      11/16/2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE